# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CHESTER W. CASCONI,<br><br>        Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV-08-2594-WBS-KJM<br><br>**ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant Hartford Life and Accident Insurance Company shall have an extension of time to answer or otherwise plead to Plaintiff's Complaint to and including November 21, 2008.

DATED: November 3, 2008

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE