UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CHESTER W. CASCONI,<br><br>          Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. CV-08-2594-WBS-KJM<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice, in its entirety, each party to bear their own costs, expenses, and attorneys' fees.

DATED:   September 23, 2009

*William B. Shubb* (signature)

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

C:\Documents and Settings\Musulman-M\Local Settings\Temporary Internet Files\OLK67\CASCONI Proposed Order for Dismissal (4).doc

- 1 -

CASE NO. CV 08-2594-WBS-KJM
(PROPOSED) ORDER FOR DISMISSAL